# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | No. 1:16-cr-00240-01 |
| v. : | |
| : | (Judge Kane) |
| **DEREK PELKER,** : | |
| Defendant : | |

## ORDER

**AND NOW**, on this 8th day of May 2018, upon consideration of Defendant's motion in limine to preclude the Government from introducing evidence of his proffer statement (Doc. No. 248), **IT IS ORDERED THAT** Defendant's motion (Doc. No. 248), is **DENIED**, and the Government is permitted to present evidence of Defendant's proffer statement in the event Defendant offers evidence or testimony at trial that is inconsistent with the proffer statement.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania