IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | No. 1:16-cr-00240-01 |
| v. | : | |
| | : | (Judge Kane) |
| DEREK PELKER, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 17th day of May 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant's motion for a new trial (Doc. No. 463) is **DENIED**;

2. Defendant's "request for an in-court status conference" (Doc. No. 472) is **DENIED**;

3. Defendant's request for "the Court to order a new sentencing PSR" (id. at 4) is **DENIED** on the ground that any updated addenda to the final presentence investigation report would be filed as necessary, and, therefore, it is unnecessary for the Court to order the issuance of a "new sentencing PSR"; and

4. A separate order setting a date for sentencing in the above-captioned action shall issue.

    s/ Yvette Kane
    Yvette Kane, District Judge
    United States District Court
    Middle District of Pennsylvania