# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEREK PELKER,** : | |
|    Petitioner : | No. 1:16-cr-00240-1 |
| : | |
|    v. : | (Judge Kane) |
| : | |
| **UNITED STATES OF AMERICA,** : | |
|    Respondent : | |

## ORDER

AND NOW, on this 13th day of June 2022, upon consideration of Petitioner Derek Pelker ("Petitioner")'s motions to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 514) and for appointment of counsel (Doc. No. 529), and in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's motions (Doc. Nos. 514, 529) are **DENIED**;

2. A Certificate of Appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** the related case at 1:21-cv-01149.

                                                  s/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania